IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MATT DUSEK and RACHEL DUSEK,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT DARKENWALD; TRACY ROSSI; and NEW T & B MT WEST, LLC, dba "GLACIER SOTHEBY'S INTERNATIONAL REALTY,"<br><br>Defendants. | CV 24–55–M–DLC<br><br><br>ORDER |

IT IS ORDERED that the undersigned is hereby RECUSED from the above-captioned matter. Chief District Judge Brian M. Morris will reassign this case.

IT IS FURTHER ORDERED that the preliminary pretrial conference set for August 7, 2024, at 9:00 a.m. is VACATED to be RESET by separate order.

DATED this 1st day of July, 2024.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court

1