IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MATT DUSEK and RACHEL DUSEK,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SCOTT DARKENWALD, TRACY ROSSI, and NEW T & B MT WEST, LLC, dba Glacier Sotheby's International Realty,<br><br>　　　　　Defendants. | CV 24-55-M-DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The September 25, 2024 pretrial conference is VACATED.

DATED this 26th day of August, 2024.

_____
Donald W. Molloy, District Judge
United States District Court